**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cynthia Howard, ) | No. CV 11-1216-PHX-FJM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Michael J. Astrue, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Back in 2012, we affirmed the decision of the Commissioner denying disability benefits. Order of Oct. 4, 2012 (doc. 18). We now have before us the Mandate of the United States Court of Appeals for the Ninth Circuit requiring us to remand this case to the Commissioner for "the computation of benefits." Mandate of Apr. 21, 2015 at 3. (Doc. 24-1 at 3). Accordingly, pursuant to the circuit's order, it is ORDERED remanding this case to the Commissioner for the computation of benefits.

DATED this 24th day of April, 2015.

*Frederick J. Martone*

Frederick J. Martone
Senior United States District Judge